IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANDEEP KAUR, et al.,<br><br>　　　　Defendants. | No.  2:20-CV-0735-DMC<br><br><br><br>ORDER |

　　　　Plaintiff, a civil detainee proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are plaintiff's motions to proceed in forma pauperis (ECF No. 2; ECF No. 6). Plaintiff's complaint, and service thereof by the United States Marshal if appropriate, will be addressed separately.  The Clerk of the Court shall not issue summons or set this matter for an initial scheduling conference unless specifically directed by the Court to do so.

　　　　Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

/ / /

/ / /

1

1         Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for leave to
2 proceed in forma pauperis (ECF No. 2; ECF No. 6) are granted.

5 Dated: July 21, 2020

        DENNIS M. COTA
        UNITED STATES MAGISTRATE JUDGE